MERRELL-BENCO AGENCY, LLC, et al., Appellants, v HSBC BANK USA et al., Defendants, and WOLF KRAUS et al., Respondents. (And Two Other Related Actions.)

Submitted October 24, 2005; decided December 20, 2005

Motion, insofar as MBIA, LLC seeks leave to appeal, dismissed

upon the ground that MBIA, LLC is not a party aggrieved (*see* CPLR 5511); motion for leave to appeal otherwise denied.